# CRIMINAL COMPLAINT

| United States District Court | DISTRICT of ARIZONA |
|---|---|
| United States of America<br>v.<br>**Melquiades Hernandez-Perez**<br>YOB: 1951; Mexico Citizen | DOCKET NO.<br><br>MAGISTRATE'S CASE NO.<br>18-08659MJ |

Complaint for violation of Title 8, United States Code Sections 1326(a)

**COMPLAINANT'S STATEMENT OF FACTS CONSTITUTING THE OFFENSE OR VIOLATION:**

On or about May 31, 2018, at or near Lukeville in the District of Arizona, **Melquiades Hernandez-Perez**, an alien, entered, and was found in the United States of America after having been denied admission, excluded, deported, and removed from the United States through San Ysidro, California on May 17, 2018 and without obtaining the express consent of the Attorney General or the Secretary of the Department of Homeland Security to reapply for admission thereto; in violation of Title 8, United States Section 1326(a), a felony.

**BASIS OF COMPLAINANT'S CHARGE AGAINST THE ACCUSED:**

**Melquiades Hernandez-Perez** is a citizen of Mexico. On May 17, 2018, **Melquiades Hernandez-Perez** was lawfully denied admission, excluded, deported and removed from the United States through San Ysidro, California. On May 31, 2018, agents found **Melquiades Hernandez-Perez** in the United States at or near Lukeville, Arizona, without the proper immigration documents. **Melquiades Hernandez-Perez** did not obtain the express consent of the Attorney General or the Secretary of the Department of Homeland Security to re-apply for admission to the United States.

**MATERIAL WITNESSES IN RELATION TO THE CHARGE:**

| DETENTION REQUESTED<br>Being duly sworn, I declare that the foregoing is true and correct to the best of my knowledge.<br>CMN/JJO<br>AUTHORIZED AUSA /s/Carolyn M. Nedder | SIGNATURE OF COMPLAINANT (official title)<br><br>OFFICIAL TITLE<br><br>Border Patrol Agent |
|---|---|
| Sworn to before me and subscribed in my presence. | |
| SIGNATURE OF MAGISTRATE JUDGE[1] | DATE<br>June 1, 2018 |

[1] See Federal rules of Criminal Procedure Rules 3 and 54